Name: Steve Dashti
Address: ~~5500~~ 5859 Texhoma Ave
Encino 91316
Phone Number: 818 618 7944
Email Address: SteveDashti@gmail.com
*Pro Se*

FILED

2026 APR 22 PM 2:46

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Steve Dashti<br><br>PLAINTIFF(S)<br><br>v.<br><br>Pac Fill, INC., d/b/a Sun Dairy and Doe 1 Through 10<br><br>DEFENDANT(S) | CASE NUMBER<br><br>2:26-cv-03385 PV<br><br>**APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:

*Check all that apply.*

☐ A Computer with internet access.

☐ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

☐ A scanner to convert documents that are only in paper format into electronic files.

☐ A printer or copier to create required paper copies such as chambers copies.

☐ A word-processing program to create documents; and

☐ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 04/22/2026 Signature: [signature]