Steve Dashti
21200 Oxnard St. # 508
Woodland Hills, CA 91367
Telephone: 8183503513
Plaintiff, Pro Se

FILED

CLERK, U.S. DISTRICT COURT

5/16/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____jji_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

STEVE DASHTI,

Plaintiff,

v.

PAC FILL, INC. d/b/a SUN DAIRY; and DOES 1–20,

Defendants.

Case No. 2:26-cv-03385-PA (BFMx)

# NOTICE OF CHANGE OF ADDRESS

## TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Steve Dashti, appearing pro se, hereby notifies the Court and all parties that his mailing address has changed.

Effective immediately, all future correspondence, notices, filings, and service documents shall be sent to the following address:

**21200 Oxnard St #508**
**Woodland Hills, CA 91367**

This Notice is filed pursuant to Local Rule 41-6 and is provided to ensure proper service and communication in the above-captioned matters.

Effective immediately, all correspondence shall be directed to the above address.

DATED: May 15, 2026

/s/ Steve Dashti
Steve Dashti

Plaintiff, Pro Se

# CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2026, a true and correct copy of the foregoing Notice of Change of Address was served upon counsel of record.

/s/ Steve Dashti
Steve Dashti

Plaintiff, Pro Se