UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-3385 PA (BFMx) | Date | May 21, 2026 |
| Title | Steve Dashti v. Pac Fill, Inc. d/b/a Sun Dairy | | |

| | |
|---|---|
| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** IN CHAMBERS

The Court has received the 26(f) report filed by Defendant Pac Fill, Inc. ("Defendant") and finds that a scheduling conference is not necessary.[1/] Dates set by the Court in this action are listed in the "Schedule of Trial and Pretrial Dates" attached to this order. The dates set by the Court are firm dates. Absent extraordinary circumstances, which must satisfy the requirements of Federal Rule of Civil Procedure 16(b) and be brought to the Court's attention in a timely manner, the Court will not modify these dates. The scheduling conference currently on calendar for June 1, 2026, at 10:30 a.m. is hereby vacated, and the matter taken off calendar.

The Court notes that Defendant estimates that trial will consume 7-10 trial days. It is the Court's practice to impose limits on the length of civil trials. Based on the Court's current understanding of this action, the parties are unlikely to have as much time to try this case as they appear to anticipate.

This case is referred to the Court's Mediation Panel. Alternatively, the parties may agree to use the services of a private mediator. If the parties elect to use a private mediator, they must file within fourteen (14) days a notice of election of private mediation with the name of the private mediator selected. If the parties have not selected a Panel Mediator within twenty-one (21) days or filed a notice of election of private mediation within fourteen (14) days, the ADR Program (213-894-2993) will assign a Panel Mediator.

IT IS SO ORDERED.

---

[1/] Although the parties conducted the conference of parties, pro se plaintiff Steve Dashti ("Plaintiff") did not respond to Defendant's requests for input on the draft joint report, or provide his written portions of the report, so Defendant filed this report on behalf of itself, only. (Defendant's 26(f) Report at p. 2.) To date, Plaintiff has not filed a response or supplement to Defendant's Report. Nevertheless, because the deadline for filing the joint report has passed, the Court has elected to proceed with the setting of dates.

Schedule of Trial and Pretrial Dates

**CASE NO.:** **CV 26-03385**

**PARTIES:** **Steve Dashti**
**-v-**
**Pac Fill, Inc.**

**COMPLAINT FILED:** **01/21/26**

**TRIAL TYPE:** **Jury**

SETTLEMENT CHOICE:
Court/Magistrate
Court's Mediation Panel X
Private Dispute Resolution
Judicial Settlement Panel

| DATE | MATTER |
|---|---|
| **04/06/27** | Jury Trial at 9:00 a.m. |
| **04/01/27** | File Final Trial Exhibit Stipulation |
| **03/29/27** | Hearing on Motions in Limine at 1:30 p.m.<br>Hearing on Disputed Jury Instructions at 1:30 p.m. |
| **03/05/27** | Final Pretrial Conference at 1:30 p.m.<br>Motions in Limine to be Filed<br>Proposed Voir Dire Questions & Agreed-to Statement of Case |
| **02/19/27** | Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation<br>File Contentions of Fact & Law<br>Exhibit & Witness Lists<br>File Joint Status Report Regarding Settlement<br>File Agreed Upon Set of Instructions & Verdict Forms<br>File Joint Statement Regarding Disputed Instructions, Verdicts, etc. |
| **02/08/27** | Last Date to Conduct Settlement Conference |
| **02/01/27** | Last Day for Hearing Motions |
| **01/25/27** | Discovery Cut-off |
| **08/24/26** | Last Day for Hearing on Motion to Amend Pleadings or Add Parties |