# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 26-3385 PA (BFMx) | Date | July 14, 2026 |
|---|---|---|---|
| Title | Steve Dashti v. Pac Fill, Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Daniel Torrez | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS - COURT ORDER

Before the Court is a Motion for Leave to Amend to File First Amended Complaint ("Motion") filed by plaintiff Steve Dashti ("Plaintiff" or "Dashti"). (Docket No. 44)  In his Motion, Plaintiff states that he has attached the proposed amended complaint as Exhibit A. Exhibit A, however, is not attached to the Motion, and has not been otherwise filed. Accordingly, the Court orders Plaintiff to lodge Exhibit A, the proposed First Amended Complaint, by no later than July 17, 2026.  The Court vacates the July 20, 2026 hearing date for the Motion, and takes the matter under submission.  The Court will notify the parties should it require any further briefing or oral argument in order to assist the Court's resolution of the Motion on the merits.

IT IS SO ORDERED.