**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVE DASHTI<br>PLAINTIFF(S)<br>v.<br>PAC FILL, INC.<br>DEFENDANT(S). | CASE NUMBER<br>2:26−cv−03385−PA−BFM<br>**MOTION RE INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Brianna Fuller Mircheff. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedure.

X Hearing Required

X In−Person Court Hearing

Magistrate Judge: Brianna Fuller Mircheff

Date/Time: August 21, 2026 at 10:00 AM

Courtroom: 780

August 21, 2026
Date

By */s/ Christianna Howard*
Deputy Clerk