UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:** 2:26-cv-03385-PA-BFM **Date:** September 11, 2026

**Title:** *Steve Dashti v. Pac Fill, Inc.*

================================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | Raffi Zerounian |

**Proceedings: (In Chamber) Order re: Defendant's IDC (ECF 69)**

The Court held an Informal Discovery Conference on September 8, 2026. Plaintiff and Defendant, through counsel, appeared. The parties had still not met and conferred concerning the discovery disputes identified in Defendant's email. The Court therefore provided the following guidance before sending the parties to meet and confer: First, Rule 33 limits a party to 25 interrogatories. Fed. R. Civ. P. 33(a)(1). Thus, Plaintiff must either reduce the number of interrogatories to 25, or Defendant will be instructed that it may simply respond to the first 25 interrogatories. Plaintiff indicated he believed he could do so within the next few weeks, and as such, the Court orders him to do so by **no later than September 22, 2026**.

The Court also instructed Plaintiff that the sheer number of discovery requests appeared to be out of proportion to the needs of the case. Fed. R. 26(b)(1). If Plaintiff does not voluntarily amend his requests, the Court will hear Defendant's request to place a cap on the number of discovery requests he can make.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:** 2:26-cv-03385-PA-BFM **Date:** September 11, 2026

**Title:** *Steve Dashti v. Pac Fill, Inc.*

The Court reminded Plaintiff that regardless of the source of the assistance he received—be it AI or advice from someone he trusts—*he* is the one responsible for the discovery responses he give, and he will be bound by them. In some respects, his responses contradict things he has claimed in other fora. He should review his responses to see whether they reflect the correct information, with an interpreter, if necessary.

While ordering the parties to meet and confer, the Court authorized Defendant to move forward with a discovery motion, if those discussions are not fruitful. At any future hearings in this case, Plaintiff should bring an interpreter, if an interpreter is necessary for him to participate fully in the hearing.

Plaintiff is also cautioned that the appropriate method for informing the Court of information or requesting things from the Court is via filing motions or notices. Emails to chambers regarding substantive matters will not be reviewed.

**IT IS SO ORDERED**.

cc: Counsel of Record

Initials of Preparer: ch