FILED
CLERK, U.S. DISTRICT COURT
9/15/26
CENTRAL DISTRICT OF CALIFORNIA
BY CS DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Steve Dashti
21200 Oxnard St. # 508
Woodland Hills 91367
Plaintiff. Pro Se

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**STEVE DASHTI,**
Plaintiff,

v.

**PAC FILL, INC., a California corporation,**
Defendant

**CASE NO. 2:26-CV-03385-PA (BFMX)**

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH SEPTEMBER 11, 2026 DISCOVERY ORDER AND SERVICE OF CONSOLIDATED AND SUPERSEDING DISCOVERY**

## PLAINTIFF'S NOTICE OF COMPLIANCE WITH SEPTEMBER 11, 2026 DISCOVERY ORDER

Plaintiff Steve Dashti, appearing pro se, respectfully submits this Notice to inform the Court that he has complied with the Court's September 11, 2026 discovery order and has reorganized, narrowed, consolidated, and superseded his prior written discovery.

Plaintiff previously served written discovery organized into seven separate sets. Following the parties' discovery discussions, the September 8, 2026 proceedings before Magistrate Judge Brianna Fuller Mircheff, and the Court's

September 11, 2026 discovery order, Plaintiff consolidated the operative written discovery into three type-specific sets.

Plaintiff further notes that, on or about August 20, 2026, Defendant informed the Court that Plaintiff had served twelve sets of discovery. That representation was incorrect. Plaintiff had served seven sets of discovery, not twelve. Nevertheless, in order to eliminate any further dispute concerning the number, organization, or format of the prior discovery, Plaintiff reorganized, narrowed, consolidated, and superseded the prior seven-set format into three type-specific sets.

**1. Plaintiff's Consolidated and Superseding Interrogatories to Defendant PAC FILL, INC. (Nos. 1–25);**

**2. Plaintiff's Consolidated and Superseding Requests for Production to Defendant PAC FILL, INC. (Nos. 1–25); and**

**3. Plaintiff's Consolidated and Superseding Requests for Admission to Defendant PAC FILL, INC. (Nos. 1–49).**

Two pages of photographic exhibits referenced in the Interrogatories were also served with the consolidated discovery.

On September 14, 2026, Plaintiff served the complete consolidated and superseding discovery upon Hanson Bridgett LLP, as counsel and legal

representative for Defendant PAC FILL, INC., by electronic mail. Plaintiff also sent complete copies by Certified U.S. Mail to Hanson Bridgett LLP's Los Angeles office.

The three consolidated sets supersede and replace the corresponding discovery previously served in the seven-set format. Plaintiff is not seeking cumulative or duplicative responses to the superseded requests.

Plaintiff files this Notice solely to create a clear record that the Court's discovery directive has been implemented and that the operative discovery has been reduced to three organized sets, including no more than twenty-five Interrogatories.

Plaintiff respectfully requests that this Notice be entered on the docket as confirmation of compliance.

Dated: September 15, 2026

**/s/ Steve Dashti**

STEVE DASHTI

Plaintiff, Pro Se

# PROOF OF SERVICE

I, Steve Dashti, declare that on September 15, 2026,

I served a true and correct copy of the foregoing document entitled "Plaintiff's Notice of Compliance with September 11, 2026 Discovery Order and Service of Consolidated and Superseding Discovery" by electronic mail upon Hanson Bridgett LLP, as counsel and representative for its client, Defendant PAC FILL, INC.

The document was transmitted in PDF form by electronic mail to Hanson Bridgett LLP at the email addresses used by counsel in this action. I retained a copy of the electronic transmission and the document served.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 15, 2026.

**/s/ Steve Dashti**

STEVE DASHTI

Plaintiff, Pro Se