LODGED
CLERK, U.S. DISTRICT COURT
9/23/2026
CENTRAL DISTRICT OF CALIFORNIA
BY ANG DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Steve Dashti
21200 Oxnard St. # 508
Woodland Hills 91367
Plaintiff. Pro Se

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **STEVE DASHTI,**<br>Plaintiff / Counterclaim-Defendant,<br><br>v.<br><br>**PAC FILL, INC., a California corporation d/b/a SUN DAIRY,**<br>Defendant / Counterclaim-Plaintiff.<br><br>**and**<br><br>**SUN DAIRY COMPANY,**<br>Defendant. | **CASE NO. 2:26-CV-03385-PA (BFMX)**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND FOR LIMITED MODIFICATION OF THE SCHEDULING ORDER UNDER FED. R. CIV. P. 16(b)(4)** |

## [PROPOSED] ORDER

The Court has considered Plaintiff Steve Dashti's Renewed Motion for Leave to File Second Amended Complaint and for Limited Modification of the Scheduling Order under Federal Rule of Civil Procedure 16(b)(4), the supporting declaration and exhibits, the proposed Second Amended Complaint, the record in this action, and any opposition and reply properly before the Court.

Having considered the motion and the record, and good cause appearing, the Court ORDERS as follows:

1. Plaintiff's Renewed Motion for Leave to File Second Amended Complaint is GRANTED.
2. The Scheduling Order is modified for the limited purpose of permitting Plaintiff to file the proposed Second Amended Complaint.
3. To the extent reconsideration of the Court's September 18, 2026 Order (Dkt. 90) is necessary to permit the foregoing relief, reconsideration is GRANTED solely for that limited purpose.
4. Plaintiff is authorized to file the Proposed Second Amended Complaint submitted with the renewed motion as the Second Amended Complaint in this action and to add SUN DAIRY COMPANY as a Defendant as alleged therein.
5. The Second Amended Complaint shall supersede the prior operative complaint upon filing.
6. Nothing in this Order determines the ultimate merits of any claim, defense, factual allegation, trademark priority issue, ownership issue, or evidentiary dispute. Those matters remain for further proceedings as appropriate.
7. Except as expressly modified by this Order, all other dates and provisions of the existing Scheduling Order remain in effect.

**IT IS SO ORDERED.**

Dated: ________________________

________________________________________

**PERCY ANDERSON**

**UNITED STATES DISTRICT**